UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN WILLIAMS | : | CIVIL ACTION No. 3:20CV01927(SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICE OF THE CHIEF | : | |
| MEDICAL EXAMINER OF THE | : | |
| STATE OF CONNECTICUT | : | |
| D*efendant* | : | March 3, 2021 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Susan Williams, and Defendant, the State of Connecticut Office of the Chief Medical Examiner, through counsel, hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the Defendant, without any award of attorney's fees or costs to any party.

                                        PLAINTIFF
                                        SUSAN WILLIAMS

BY:   /s/ *Marc Mercier*
           Marc Mercier
           Beck & Eldergill, P.C.
           447 Center Street
           Manchester, CT  06040
           Tel:  (860) 646-5606
           Fax:  (860) 646-0054
           Email:
           mmercier@beckeldergill.com
           Federal Bar # ct10886

DEFENDANT
STATE OF CONNECTICUT
OFFICE OF THE CHIEF
MEDICAL EXAMINER

WILLIAM TONG
ATTORNEY GENERAL

By:   /s/ *Carolyn Ennis*
Carolyn Ennis
Assistant Attorney General
165 Capital Ave., Suite 5000
Hartford, CT 06106
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Carolyn.Ennis@ct.gov
Federal Bar # ct28485

### CERTIFICATION

I hereby certify that on March 3, 2021, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Carolyn Ennis
Carolyn Ennis (ct28485)
Assistant Attorney General
Office of the Attorney General